**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: September 10, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN  DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-37601 |
| DOUGLAS S. BRANDENBURG, SR. | CHAPTER 13 |
| DEBTOR | JUDGE  LAWRENCE S. WALTER |
| | AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (Real Property located at 6334 Gander Road E., Dayton, OH 45424) |

This cause came on before the Court upon the Motion for Relief from Automatic Stay (Doc. 24) filed  by Movant, U.S. Bank, N.A., holder of the first mortgage against the real estate.

The Court finds that the parties have agreed that:

That Debtors shall modify Plan to include the arrearages from March 2010 through September 2010, plus costs to be paid by the Trustee and providing for the Trustee to pay ongoing monthly mortgage payments commencing with the October 1, 2010 payment. Movant is given leave to file its Supplemental Proof of Claim to include the arrearages of $9225.68 together with Attorney Fees and Costs of $550.00, a sum of $9775.68. Movant may Obtain an Order granting relief from the automatic stay upon the proper filing and service to Debtor and counsel for Debtor a 10-day Notice of Default of Movant's intent to file with the Court an Affidavit certifying that the Debtor is in default under the terms of the Agreed Order and upon submission of such Affidavit, the Court may enter an Order, without further notice or hearing by this Court.

That should Debtors fail to make a payment within 30 days from date due to the Trustee, Movant shall be granted relief from the automatic stay upon the proper filing and service of an Affidavit certifying the existence of such default without further notice or hearing by this Court based on the contingencies as stated above.

**IT IS HEREBY SO ORDERED.**

**###**

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito       /s/ Harold W. Wampler, III
_____  _____
Jeffrey V. Laurito (0014652)     Harold W. Wampler, III (0023265)
Erin M. Laurito (0075531)      Attorney for Debtor
Attorneys for Movant       1343 Woodman Dr.
7550 Paragon Road        Dayton, OH 45432
Dayton, OH 45459        937-252-0002
937-743-4878

/s/ Jeffrey M. Kellner
_____
Jeffrey M. Kellner, Trustee
131 N. Ludlow Street
Suite 900
Dayton, OH 45402

COPIES TO:

Default List

###